# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT ON ATTORNEYS FEES

_____

LORETTA VINCENT

                                      **Plaintiff**

    vs.                                                  CASE NUMBER: 8:08-CV-956 (DEP)

COMMISSIONER OF SOCIAL SECURITY

                                        **Defendant**

_____

**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that upon the consent of the parties, Plaintiff's attorney be allowed a fee award under the Equal Access to Justice Act in the amount of nine thousand eight hundred dollars ($9,800.00).

All of the above pursuant to the Stipulation and Order of the Honorable United States Magistrate Judge David E. Peebles, dated the 15th day of September, 2011.

DATED: September 15, 2011

*Lawrence K. Baerman*
Clerk of Court

                                        s/ Melissa Ennis
                                        Melissa Ennis, Deputy Clerk